M/D I

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2026 MAR 24 A 10: 49

Malachi Josephus Moody
Full name and prison name of Plaintiff(s)

v.

ADOC COMM. John Q. Hamm
Warden Reosha Butler
Captain James Griffin
Lieutenant Dranarris Lovejoy
Correctional Officer C. Martin

Name of person(s) who violated your constitutional rights. (List the names of all the person.)

CIVIL ACTION NO. 2:26-cv-00206-BL-SMD
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) N/A

Defendant(s) N/A

2. Court (if federal court, name the district; if state court, name the county)

N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Easterling Correctional Facility 200 Wallace Drive Clio, AL 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Easterling Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Comm. John Q. Hamm | 301 S. Ripley St. Montgomery, 36130 |
| 2. Warden Reosha Butler | (Easterling Correctional Facility) |
| 3. Captain James Griffin | (Easterling Correctional Facility) |
| 4. Lieutenant Dranarris Lovejoy | (Easterling Corr. Facility) |
| 5. Corrections Officer C. Martin | (Easterling Corr. Facility) |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED July 5-6, 2025

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Fourteenth/Eighth Amendment Constitutional Right; Failure to Protect

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Inmate Moody was stabbed in the face while in his housing dorm-no security personnel nor ADOC Officers were present before, during, or after the attack on inmate Moody with a deadly weapon by another inmate. Inmate Moody tried yelling for help through an open window-no officers responded due to not being present.

GROUND TWO: Fourteenth/Eight Amend.Const.;Failure to allow access to medical/mental health treatment

SUPPORTING FACTS: After finally encountering a ADOC Officer (C/O) C/O Martin, Inmate Moody not only requested to be transfered to another dormitory lest further physical, deadly violence from his attacker ensues, but Moody also requested emergency medical care for his clearly visible open stab wound to his face. These requests fell on deaf ears and Moody was given multiple direct orders to return to his original dorm.

GROUND THREE: Fourteenth/Eight Amend.Const.; Deliberate Indifference to serious risk of harm, medical, and mental health care

SUPPORTING FACTS: Throughout Moody's attempt to be removed from the presence of his attacker, he encountered C/O Martin, Lt. Lovejoy, Cpt. Griffin, and C/O Morales. Following proper chain of custody, Moody requested emergency assistance from all these individuals, explaining in great detail his concerns and fears, & visibly showing genuine distress, (i.e. stab wound to face, shaken nerves, etc.) while requesting to transfer to another dorm, the need for medical care, and access to a mental health professional. All of which had been deliberately and continuosly denied by Defendants.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Moody seeks Declartory and Punitive Relief from Defendants for violations of his constitutional liberties; relief that will not be limited to financial judgements. Moody also seeks judgement against these Defendants in their official & unofficial capacities.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/19/2026.
(Date)

Signature of plaintiff(s)

VII. GROUND FOUR: Fourteenth/Eighth Amend.Const.; Denial of procedural Due Process, Failure to follow protocol as outlined in ADOC Employee Handbook

SUPPORTING FACTS: Warden Butler and Cpt. Griffin are both supervisory memebers of the chain of custody protocol @ Easterling, both responsible for the actions of those C/O's under their administrative hierarchy. When Moody confronted Cpt. Griffin Lt. Lovejoy, and C/O Martin, every due process (procedurally and adminstratively) afforded to Moody had been deliberately set aside by these Defendants and subsequently amounted to Moody's serious injuries and conditions that he faced on the date(s) in question. Warden Bulter's inaction, encourages and ratifies the dereliction of duty by those employed under her command.

Malachi Moody #336905
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

CLIO AL 36017-9998

LEGAL USE ONLY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
1 CHURCH STREET, STE. B110
MONTGOMERY, AL 36104

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."