"SWORN AFFIDAVIT"

On July 5, 2025, between the hours of 11:30PM and 12:01AM the Plaintiff Malachi Josephus Moody #336905 was assaulted with a hand crafted knife in F-1 Dormitory at Easterling Correctional Facility by inmate Brent Labarron Pugh 269234. At the time of the stabbing Plaintiff Moody was sitting down next to the inmate phones in F-1 Dormitory. There was no security personnel inside the cube to oversee inmates while inside the dormitory, nor was there any officers present in the near vicinity of the dorm when Plaintiff tried to get help.

Immediately, following the assault Plaintiff Moody went to the nearest Officer he could find once released from the dorm for breakfast call; which, was Correctional Officer C. Martin informing her that he had been stabbed in the face with a deadly weapon by inmate Brent Labarron Pugh. Also, Plaintiff let her know that he feared for his life and safety. As well as needed to be removed from the dorm for security and safety concerns. She immediately responded back giving him a direct order to return back into the dormitory or receive a disciplinary write up for not following a Correctional Officers direct orders. This exchange took place between 4:30AM and 5:30AM.

At the next available time camera surveillance will show that Lieutenant Dranarris Lovejoy entered inside F-1 Dormitory at approximately 10:40AM on July 6, 2025 that day. Also, camera surveillance will show that the Plaintiff approached Lieutenant Dranarris Lovejoy who was standing at F-1 Dormitory front entrance door and informed him that he had been stabbed in the face by inmate Brent Labarron Pugh and needed immediate medical attention. Also, he made Lieutenant Dranarris Lovejoy aware that he feared for his life and safety in that dormitory. That's when the Plaintiff directed his attention to the stab womb on his face that was still at the time currently bleeding.

LEGAL USE ONLY

Lieutenant Dranarris Lovejoy quickly responded back telling him that he wasn't going to authorize him going to the Health Care Unit to receive medical attention because he didn't feel like doing any paperwork. Then, Lieutenant Dranarris Lovejoy informed the Plaintiff that if he wanted to relocate and move to another dorm he only had one option, D. Dormitory. Once, he told him that immediately he responded back letting him know that there was nothing he could do or say to stop him from going to the Health Care Unit to receive proper medical care.

That's when Lieutenant Dranarris Lovejoy asked him when the third shift Correctional Officer came around to make his or her prisoner inmate count on that particular night when the Plaintiff was physically assaulted, "Why didn't you report the incident to the individual working that night?" The Plaintiff informed him that his life had been previously threatened by a group of inmates who were gang affiliated with Brent Labarron Pugh 269234. Also, the Plaintiff notified Lieutenant Dranarris Lovejoy about how they threatened to stab him to death if he told the Correctional Officer what happened when he or she came to do a security check and inmate count that night. The Plaintiff was terrified and feared for his life!

Immediately, he went and notified Captain James Griffin who was sitting inside his office with the door locked about the physical assault that happened to him. Being that he could not enter inside his office because the door was locked he stood outside his office window and talked to him through the window. Plaintiff Moody made sure he was fully aware that the shift Supervisor Lieutenant Dranarris Lovejoy would not allow him to go and receive the proper medical care he needed. Captain James Griffin responded back by saying, "That he was busy in his office at the time and did not want to hear anything else he had to say." He advised him that if he had a problem to notify



LEGAL USE ONLY

Lieutenant Dranarris Lovejoy the shift supervisor. Well, Plaintiff Moody brought it to his attention a second time that it was the shift supervisor Lieutenant Dranarris Lovejoy who was not allowing him to go and receive proper medical care. Captain James Griffin quickly responded back in a sarcastic manner instructing him to go and contact his family. "Because, he did not want to hear anymore of his complaining."

Subsequently, the Plaintiff was taken to a suicide cell by Correctional Officer R. Morales after numerous failed attempts to receive proper medical treatment and placement in a more secure and safe dormitory away from the inmate who had physically assaulted him with a deadly weapon. That is when he had a body examination done by nurse Faulk who documented on a body chart that was administered on July 6, 2025 that he had been stabbed in the face by another inmate.

RESPECTFULLY SUBMITTED,

Malachi J. Moody
Malachi J. Moody
AIS #336905
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

Executed on this 18th day of Febray, 2026:

SWORN TO AND SUBSCRIBED BEFORE ME:
On this 18th day of Febray, 2026.

Malachi J. Moody
Malachi J. Moody

Alvin Jernigan
Notary Public
Alvin Jernigan
Notary Public
Alabama State At Large

MY COMMISSION EXPIRES. My Commission Expires October 17, 2026

Alvin Jernigan
Notary Public
Alabama State At Large
My Commission Expires October 17, 2026

LEGAL USE ONLY